IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          :        CASE NO.  12-01842 (ESL)
                                                :
CONFESOR ROHENA VILA                            :        CHAPTER 13
                                                :
                                                :
        Debtor                                  :
_____:

OPINION AND ORDER

        This case came before the court for a hearing on June 11, 2012 to consider the order to show cause entered by this court on April 30, 2012 (Dkt. #16) upon the request of the United States Trustee ("UST") (Dkt. #11) against petition preparer Mr. Valentín Valdés Ayala (Hereinafter "Valdés"). The United States Trustee supplemented its motion on June 7, 2012 by submitting a series of documents and exhibits in support of his position (Dkt. #20).  In addition to this case the court also considered three additional cases filed by petition preparer Valdés (Cases number 12-01684, 12-01840 and 12-01919).  The bankruptcy petition was ultimately dismissed for debtor's failure to appear at the 341 meeting of creditors, failure to file a Chapter 13 plan, failure to file schedules, and failure to appear at the 341 meeting of creditors.  11 U.S. C. § 1307 (c) (1, 3, and 10).  The court retained jurisdiction to determine if any sanctions should be imposed against Mr. Valdés.  After considering all relevant facts, the court finds and concludes that sanctions are appropriate and imposes the same as detailed below.

        A.  The order to show cause:

        Mr. Valdés was ordered to show cause why he should not be found to have violated 11 U.S.C. §§ 110, 526 and 528; why he should not be penalized and enjoined to act as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3); and why he should not be referred to the U.S. Attorney for having violated 18 U.S.C. §156, that is, for knowingly disregarding the requirements of the Bankruptcy Code and Rules, which result in the dismissal of the petition.

        B. Mr. Valdés' Answer:

        Mr. Valdés did not answer the order to show cause.

C. Mr. Valdés at the hearing:

Mr. Valdés' did not offer a coherent answer to this court's order to show cause. Essentially, he asserted that the debtor has four women, that the amounts owed as a domestic support obligation could not be determined, and that he was not an attorney capable of giving legal advice to the debtor.

At the hearing the court clarified that it would not discuss the applicable state laws on domestic support obligations, but wold focus on whether or not the Bankruptcy Code provisions, section 110 in particular, have been complied with.

D. Discussion:

Although no evidence was presented at the hearing, the history of the cases in which Mr. Valdés appears as a petition preparer show repeated violations to section 110 of the Bankruptcy Code. This court has an inherent responsibility to ensure that the bankruptcy process is not abused by egregious conduct. Section 110(j)(3) gives the court contempt power to enjoin a bankruptcy preparer from acting as such. Section 105(a) empowers the bankruptcy courts to enter orders which are necessary to carry out the provisions of the Bankruptcy Code and to prevent an abuse of process.

The documents attached as exhibits submitted by the UST in support of its motion, which have not been contested or negated, establish the following: Mr. Valentin Valdés advertises his services to help fathers convicted for failing to pay domestic support obligations; Mr. Valentin Valdés charges for his services to remove prisoners from jail due to convictions for failing to pay domestic support obligations (Angel M. Gomez, case no. 11-8621; José A. Otero Martinez, case no. 11-7153; María V. Negrón, case no. 11-09668).

The table attached hereto as exhibit A shows that during the period from March 6, 2012 to July 16, 2012, Mr. Valdés has filed, as a petition preparer 72 petitions under chapter 13 of the Bankruptcy Code.      Of these, 61 ( 85% ) have been dismissed; 8 have pending motions to dismiss, which would increase the dismissal percentage to 96%; 66 ( 92%) have not filed schedules and a chapter 13 plan, and 53 (74%) have not appeared at the 341 meeting. The cases that have not been dismissed show that the debtors, after the bankruptcy petition preparer filed the case, are being represented by attorneys. Such statistics overwhelmingly corroborate the allegations by the UST.

Mr. Valdés failed to meet his burden of showing cause that he has not violated § 110 and has

not offered a reasonable explanation as to why he should not be enjoined to act as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

CONCLUSION

In view of the foregoing the court enjoins Mr. Valdés from acting as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

SO ORDERED.

In San Juan, Puerto Rico, this 14th day of September, 2012.

Enrique S. Lamoutte
United States Bankruptcy Court

3

## TEARS IN PRISON

| | CASE NO. | FILING DATE | 341 MTG | 341 MINUTES | Disposition | Attorney | Pending Matters |
|---|---|---|---|---|---|---|---|
| 1 | 12-01682 | 03/06/2012 | 04/13/2012 | Debtor not present. Mtg. not held | | | TMTD filed on 08/22/12. Conf. Hrg. 09-05-12 |
| 2 | 12-01684 | 03/06/2012 | 04/13/2012 | Debtor not present. Mtg. not held | Dismissed on 06-11-2012 | | |
| 3 | 12-01840 | 03/12/2012 | 04/18/2012 | Debtor not present. Mtg. not held | Dismissed on 06-11-2012 | | |
| 4 | 12-01842 | 03/12/2012 | 04/18/2012 | Debtor not present. Mtg. not held | Dismissed on 07-03-2012 | | Retained jurisdiction re: sanctions |
| 5 | 12-01887 | 03/14/2012 | 04/20/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 05-11-2012 | | |
| 6 | 12-01915 | 03/15/2012 | 04/16/2012 | Debtor not present.  Mtg not held.MTD to be filed by trustee | Dismissed on 06-12-2012 | | |
| 7 | 12-01916 | 03/15/2012 | 04/18/2012 | Debtor not present. Mtg not held | Dismissed on 09-19-2012 | | Barred to refile for 1 year |
| 8 | 12-01919 | 03/15/2012 | 04/20/2012 | Debtor not present. Mtg. not held | Dismissed on 06-11-2012 | | |
| 9 | 12-02047 | 03/20/2012 | 04/24/2012 | Debtor not present. Debtor obtained plan with DSO | Dismissed on 06-28-2012 | | |
| 10 | 12-02205 | 03/26/2012 | 05/01/2012 | Debtor not present. Mtg. not held | Dismissed on 07-17-2012 | | |
| 11 | 12-02240 | 03/27/2012 | 05/02/2012 | Case dismissed for failure to file documents. | Dismissed on 05-15-2012 | | |
| 12 | 12-02241 | 03/27/2012 | 05/01/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07-27-2012 | | |
| 13 | 12-02435 | 04/03/2012 | 05/04/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 06-20-2012 | | |
| 14 | 12-02659 | 04/03/2012 | 05/11/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 06-04-2012 | | |
| 15 | 12-02669 | 04/04/2012 | 05/11/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07/02/2012 | | |
| 16 | 12-02731 | 04/09/2012 | 05/15/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07/27/2012 | | |
| 17 | 12-02733 | 04/09/2012 | 05/15/2012 | Debtor not present. Hrg continued to 06/14/2012 | Plan confirmed 06-27-2012 | Jaime Rodriguez | |
| 18 | 12-02792 | 04/11/2012 | 05/16/2012 | Debtor not present. Continued sine die. Not ready for 341. | | Ada Conde | Conf. Hrg. on 10-04-12 |
| 19 | 12-02793 | 04/11/2012 | 05/16/2012 | Debtor late. Mtg not held. MTD to be filed by Trustee | Dismissed on 06-11-2012 | | |
| 20 | 12-02827 | 04/12/2012 | 05/16/2012 | Debtor present. Cont. to 06/14/2012. MTD to be filed by UST | Dismissed on 08-01-2012 | | |
| 21 | 12-02991 | 04/19/2012 | 05/23/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 06-18-2012 | | |
| 22 | 12-03134 | 04/25/2012 | 05/30/2012 | Debtor not present. Mtg not held. | Dismissed on 06-18-2012 | | |
| 23 | 12-03135 | 04/25/2012 | 05/30/2012 | Debtor present. Continued to 06/14/2012. | Dismissed on 07-02-2012 | | |
| 24 | 12-03185 | 04/26/2012 | 05/29/2012 | Debtor present. Mtg. continued to 06/22/2012 | Dismissed on 06-15-2012 | | |
| 25 | 12-03307 | 04/30/2012 | 06/05/2012 | Debtor present. Mtg. continued to 07/19/2012 | Conf. Hrg. 09-27-12 | Yasmin Vazquez | TMTD filed on 07/16/12 & Reply filed 7-19-12 |
| 26 | 12-03310 | 04/30/2012 | 06/06/2012 | Debtor not present. Mtg. Not held | Dismissed on 06-25-2012 | | |
| 27 | 12-03432 | 05/01/2012 | 06/06/2012 | Debtor present. Mtg. continued to 07/02/2012. | Dismissed on 06-19-2012 | | |
| 28 | 12-03460 | 05/02/2012 | 06/06/2012 | Debtor present. Mtg. continued to 07/02/2012. | Dismissed on 06-22-2012 | | |
| 29 | 12-03506 | 05/04/2012 | 06/07/2012 | Debtor present. Mtg. continued to 07/02/2012 . | Dismissed on 06-29-2012 | | |
| 30 | 12-03509 | 05/04/2012 | 06/06/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee. | Dismissed on 07-16-2012 | | |
| 31 | 12-03511 | 05/04/2012 | 06/06/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07-31-2012 | | |
| 32 | 12-03512 | 05/04/2012 | 06/11/2012 | Debtor not present. Mtg. not held. | | | MTD by ASUME filed 08-14-2012 |
| 33 | 12-03578 | 05/08/2012 | 06/07/2012 | Debtor present. Mtg continued to 07/02/2012. | Dismissed on 08-20-2012 | | Conf. Hrg. 11-15-12 |
| 34 | 12-03579 | 05/08/2012 | 06/12/2012 | Debtor not present. Mtg not held. MTD to be filed by trustee. | Dismissed on 08-20-2012 | | TMTD filed on 07-24-12. Conf. Hrg. 09-27-12 |
| 35 | 12-03582 | 05/08/2012 | 06/07/2012 | Debtor present. Hrg. Continued to 07/02/2012. | Dismissed on 06-25-2012 | | |
| 36 | 12-03674 | 05/11/2012 | 06/13/2012 | Debtor present. Hrg. Continued to June 22, 2012. | 341 cont. to 08-28-2012 | | |
| 37 | 12-03676 | 05/11/2012 | 06/13/2012 | Debtor present. Hrg. Continued to June 22, 2012. | MTD to be filed by trustee | | |
| 38 | 12-03678 | 05/11/2012 | 06/13/2012 | Debtor present. Hrg. Continued to June 22, 2012. | Dismissed on 06-25-2012 | | |
| 39 | 12-03721 | 05/14/2012 | 06/15/2012 | Debtor not present. Mtg not held. MTD to be filed by trustee. | Dismissed on 07-09-2012 | | |
| 40 | 12-03876 | 05/18/2012 | 06/20/2012 | Debtor not present. Mtg. not held, MTD to be filed by trustee. | Dismissed on 08-20-2012 | | |
| 41 | 12-03879 | 05/18/2012 | 06/20/2012 | Debtor present. Mtg not held.  MTD to be filed by trustee. | Dismissed on 07-13-2012 | | |
| 42 | 12-03927 | 05/21/2012 | 06/22/2012 | Debtor present. Hrg. Continued to August 2, 2012. | Dismissed on 07-09-2012 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43 | 12-04055 | 05/25/2012 | 06/27/2012 | Debtor not present. Mth not held. MTD to be filed by trustee | Dismissed on 07-17-2012 | | |
| 44 | 12-04056 | 05/25/2012 | 06/27/2012 | Debtor present. Mtg. Continued to July 16, 2012. | Dismissed on 07-18-2012 | | |
| 45 | 12-04057 | 05/25/2012 | 06/27/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 07-16-2012 | | |
| 46 | 12-04058 | 05/25/2012 | 06/27/2012 | Debtor not present. Mtg. not held. Case not ready | Dismissed on 07-18-2012 | | |
| 47 | 12-04120 | 05/29/2012 | 06/29/2012 | Debtor present.  Hrg. Continued to July 16, 2012 | Dismissed 08-22-12 | | |
| 48 | 12-04121 | 05/29/2012 | 06/29/2012 | Debtor present.  Hrg. Continued to August 16, 2012 | Mtg closed. | Alejandra Soltero | TMTD filed on 08-29-12. Conf. Hrg. 09-27-2012 |
| 49 | 12-04148 | 05/30/2012 | 06/29/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-20-2012 | | |
| 50 | 12-04333 | 06/01/2012 | 07/06/2012 | Debtor not present. Mtg not held. MTD to be filed by trustee. | Dismissed on 07-23-2012 | | |
| 51 | 12-04334 | 06/01/2012 | 07/11/2012 | Amended notice for 07-18-2012 | 341 cont. to 08-27-2012 | Edgar Rivera | Conf. Hrg.  on 11-15-12 |
| 52 | 12-04396 | 06/04/2012 | 07/11/2012 | Amended notice for 07-18-2012 | Dismissed on 07-26-2012 | | |
| 53 | 12-04397 | 06/04/2012 | 07/10/2012 | Amended notice for 07-18-2012 | Dismissed on 07-26-2012 | | |
| 54 | 12-04449 | 06/06/2012 | 07/10/2012 | Amended notice for 07-18-2012 | Dismissed on 07-24-2012 | | |
| 55 | 12-04573 | 06/06/2012 | 07/17/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-10-2012 | | |
| 56 | 12-04574 | 06/13/2012 | 07/20/2012 | Debtor not present. Mtg. not held. | Dismissed on 08-10-2012 | | |
| 57 | 12-04845 | 06/21/2012 | 07/27/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Conf. Hrg. 10-18-12 | | MTD filed 07-10-12; TMTD filed 08-08-12. |
| 58 | 12-04882 | 06/22/2012 | 07/27/2012 | Debtor present. Mtg continued to 08-20-2012 | | | TMTD filed 08-17-12. Conf. Hrg. on 10-04-12 |
| 59 | 12-04884 | 06/22/2012 | 07/27/2012 | Debtor not present. Mtg. not held. | Dismissed on 08-20-2012 | | |
| 60 | 12-04986 | 06/27/2012 | 07/30/2012 | Debtor not present. Mtg. not held. | Dismissed on 08-20-2012 | | |
| 61 | 12-04988 | 06/27/2012 | 08/01/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-20-2012 | | |
| 62 | 12-04989 | 06/27/2012 | 08/01/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-20-2012 | | |
| 63 | 12-04991 | 06/27/2012 | 08/01/2012 | Debtor present. Mtg. cont. to 08-23-2012 | | Jaime Rodriguez | Conf. Hrg. on 10-18-12 |
| 64 | 12-05046 | 06/28/2012 | 08/01/2012 | Debtor not present. Mtg. not held | Dismissed on 08-14-2012 | | |
| 65 | 12-05120 | 06/29/2012 | 08/08/2012 | Debtor not present. Mtg. not held | Dismissed on 08-20-2012 | | |
| 66 | 12-05300 | 07/03/2012 | 08/09/2012 | Debtor not present. Mtg. not held. | | | TMTD filed on 08-14-12 |
| 67 | 12-05301 | 07/03/2012 | 08/07/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 08-27-2012 | | |
| 68 | 12-05334 | 07/06/2012 | 08/10/2012 | Debtor not present. Mtg. not held. | Dismissed on 09-04-2012 | | |
| 69 | 12-05401 | 07/09/2012 | 08/08/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 70 | 12-05465 | 07/11/2012 | 08/14/2012 | Debtor not present. Mtg. not hrlf. MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 71 | 12-05524 | 07/13/2012 | 08/16/2012 | Debtor not present. Mtg. not held.MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 72 | 12-05582 | 07/16/2012 | 08/16/2012 | Debtor not present. Mtg. not held. MTD to be filed by trustee | Dismissed on 09-04-2012 | | |
| 73 | 12-05639 | 07/17/2012 | 08/17/2012 | Debtor present. 341 continued to 09-13-2012 | | Jose Leon Landrau | |
| 74 | 12-05667 | 07/18/2012 | 08/22/2012 | Debtor present. 341 continued to 09-20-2012 | | Michel A. Rachid | |
| 75 | 12-05930 | 07/30/2012 | 08/29/2012 | Debtor present. 341 continued to 09-21-2012 | | | |
| 76 | 12-05932 | 07/30/2012 | 08/29/2012 | Debtor not present. Mtg. not held. | | | TMTD filed on 08-30-12 |
| 77 | 12-06221 | 08/07/2012 | 09/11/2012 | | | | |
| 78 | 12-06222 | 08/07/2012 | 09/10/2012 | | | | |
| 79 | 12-06289 | 08/09/2012 | 09/11/2012 | | | | |
| 80 | 12-06290 | 08/09/2012 | 09/13/2012 | | | | |
| 81 | 12-06391 | 08/14/2012 | 09/14/2012 | | | | |
| 82 | 12-06393 | 08/14/2012 | 09/14/2012 | | | | |
| 83 | 12-06394 | 08/14/2012 | 09/13/2012 | | | | |
| 84 | 12-06435 | 08/15/2012 | 09/14/2012 | | | | |
| 85 | 12-06489 | 08/17/2012 | 09/18/2012 | | | | |
| 86 | 12-06490 | 08/17/2012 | 09/19/2012 | | | | |
| 87 | 12-06491 | 08/17/2012 | 09/18/2012 | | | | |
| 88 | 12-06561 | 08/20/2012 | 09/25/2012 | | | | |

| | | | |
|---|---|---|---|
| 89 | 12-06563 | 08/20/2012 | 09/25/2012 |
| 90 | 12-06630 | 08/24/2012 | 09/27/2012 |
| 91 | 12-06631 | 08/24/2012 | 09/26/2012 |
| 92 | 12-06632 | 08/24/2012 | 09/27/2012 |
| 93 | 12-06859 | 08/31/2012 | 10/05/2012 |
| 94 | 12-06861 | 08/31/2012 | 10/09/2012 |
| 95 | 12-07030 | 09/05/2012 | 10/10/2012 |
| 96 | 12-07043 | 09/06/2012 | 10/09/2012 |
| 97 | 12-07149 | 09/11/2012 | 10/17/2012 |

| Cases Assigned T | Dismissed | MTD Pending | 341 Meeting Cont. or Not Held | JTA Pending | Plan Confirmed |
|---|---|---|---|---|---|
| ESL | 19 | 2 | 7 | | 0 |
| BKT | 18 | 2 | 7 | | 1 |
| MCF | 12 | 7 | 5 | | |
| EAG | 2 | 1 | 2 | | |
| | 51 | 12 | 21 | 1 | 1 |